**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF  COLORADO**

| | |
|---|---|
| Natalie Willingham, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Professional Finance Company, Inc.,<br><br>    Defendant. | Case No. 1:22-cv-01749-SKC |

## PLAINTIFF'S NOTICE OF THE FILING OF A MOTION TO CONSOLIDATE

Under D.C.COLO.LCivR. 42.1, Plaintiff Natalie Willingham hereby provides notice that

a motion to consolidate cases was filed in the first filed Related Case within this District: *Rodriguez*

*v. Professional Finance Company, Inc.*, No. 1:22-cv-001679.  A copy of the motion to consolidate

is attached.


DATED at Denver, Colorado this 29ᵗʰ day of July, 2022

/s/ Jean Sutton Martin

JEAN S. MARTIN

FRANCESCA KESTER

**MORGAN & MORGAN COMPLEX**

**LITIGATION GROUP**

201 N. Franklin Street, 7th Floor

Tampa, Florida 33602

(813) 223-5505

jeanmartin@ForThePeople.com

fkester@ForThePeople.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Jean Sutton Martin
JEAN S. MARTIN